Shonda Brown-Stewart, BSN, RN
(Plaintiff)
    -vs-
Hackensack University Medical Center aka
Hackensack Meridian Health
(Defendant)

Case Number 2:21-CV-10570-SDW-JS
July 15, 2021

## Motion For Default Judgment

Dear Judge/Court Clerk,

    I Shonda Brown-Stewart (Plaintiff) move this court for a judgement by default in this action and show that the complaint in the above case was filed in this court on the 3rd of May 2021. The Summons and complaint were duly served on the Defendant Hackensack University Medical Center aka Hackensack Meridian Health on the 28th day of May 2021. No answer of other defense has been filed by the Defendant; default was entered in the civil docket in the office of this clerk on the 1st day of July 2021; no proceedings have been taken by the defendant since the default was entered.

    Wherefore, I Shonda Brown-Stewart (Plaintiff) moves that this court make and enter a judgment that Hackensack University Medical Center aka Hackensack Meridian Health pay the amount of $200,000.00 for violations of my Civil Rights: Other, discrimination, age discrimination: wrongful termination, bullying, unfair treatment, retaliation, overly criticized, negative assumptions were made about my ability to learn and perform my job duties based on my age, not given the same treatment as other employees, Lost of Wages of $43,920.00 continued until execution of judgment, filing fees of $402.00 plus cost of serving fee $47.00. plus, prejudgment interest.

Thank you,

*[signature]*
Shonda Brown-Stewart

SO ORDERED.
_____
Hon. Susan D. Wigenton
United States District Judge
Dated: August 16, 2021